UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MONICA GUILLOT

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 11-394-BAJ-DLD

## RULING

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Docia L. Dalby dated July 20, 2012 (doc. 15) to which no opposition has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the decision of the Commission denying benefits is affirmed, and the plaintiff's complaint is hereby dismissed with prejudice.

Baton Rouge, Louisiana, August 22, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA